■ In the Matter of JAMES HARGROVE, Appellant, v CHARLES J. SCULLY et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respondents to fully comply with their rules, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Patsalos, J.), dated October 29, 1986, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Supreme Court acted appropriately in dismissing the petitioner's CPLR article 78 proceeding. Mollen, P. J., Bracken, Rubin, Kooper and Spatt, JJ., concur.